UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Hon. Joseph A. Dickson |
| v. | Mag. No. 13-6584 |
| **JAMES HOPKINS ,** | <u>**ORDER FOR CONTINUANCE**</u> |
| **Defendant.** | |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Joseph B. Shumofsky, Assistant U.S. Attorney), and defendant JAMES HOPKINS (by Wayne Powell, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 90 days, from September 24, 2013 through December 22, 2013, to allow the plea hearing scheduled on October 23, 2013 to go forward, and two continuances having previously been granted by the Court pursuant to 18 United States Code, Section 3161(h)(7)(A), so that the parties could attempt to resolve the matter and thereby avoid a possible trial, and the defendant being aware that he has the right to have this matter submitted to a grand jury within thirty days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b), and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties have executed a plea agreement, an information has been filed with the court, and a plea hearing is scheduled for October 23, 2013 before Judge Walls;

(2) The grant of a continuance will conserve judicial resources; and

(3) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 15 day of ~~September~~ October 15, 2013,

ORDERED that this action be, and it hereby is, continued for a period of 90 days, from September 24, 2013 through December 22, 2013, 2013; and it is further

ORDERED that the period of the 90-day continuance, from September 24, 2013 through December 22, 2013, shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE JOSEPH A. DICKSON
United States Magistrate Judge

Form and entry
consented to:

S/Joseph B. Shumofsky
Joseph B. Shumofsky
Assistant U.S. Attorney

_____
William Powell, Esq.
Counsel for defendant James Hopkins

2

(3) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 15 October 2013 day of ~~September, 2013~~,

ORDERED that this action be, and it hereby is, continued for a period of 90 days, from September 24, 2013 through December 22, 2013, 2013; and it is further

ORDERED that the period of the 90-day continuance, from September 24, 2013 through December 22, 2013, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE JOSEPH A. DICKSON
United States Magistrate Judge

Form and entry
consented to:


_____
Joseph B. Shumofsky
Assistant U.S. Attorney

~~William Powell, Esq.~~
Counsel for defendant James Hopkins
Wayne Powell

2